# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TODD W. FANGUY AND CHRISTY
A. FANGUY

VERSUS

UV INSURANCE RISK RETENTION
GROUP, INC. AND DOUGLAS R.
FORTUNE

NO. 2021 CW 0976

OCTOBER 5, 2021

---

In Re:     UV Logistics, LLC, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 187229.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT